Larry TAYLOR, Petitioner–Appellant,

v.

Carole HOWES, Respondent–Appellee.

No. 04–2423.

United States Court of Appeals,
Sixth Circuit.

Nov. 17, 2005.

Andrew N. Wise, Federal Public Defenders Office, Detroit, MI, for Petitioner–Appellant.

William C. Campbell, Office of the Attorney General Habeas Corpus Division, Lansing, MI, for Respondent–Appellee.

Before MARTIN, NELSON and ROGERS, Circuit Judges.

ROGERS, Circuit Judge.

Larry Taylor appeals the district court's denial of his writ of habeas corpus. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the lower court's decision for the reasons stated in Part IV of Magistrate Judge Whalen's recommendation, as adopted by Judge Tarnow's October 22, 2004 order. The district court properly denied the writ of habeas corpus. Its judgment is therefore AFFIRMED.